UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRINCIPAL LIFE INSURANCE COMPANY,<br>Plaintiff-in-Interpleader,<br>v.<br>SUSAN HAWKINS, et al.,<br>Defendants-in-Interpleader. | Case No. 1:26-cv-03371-JLT-FJS<br><br>ORDER CONTINUING SCHEDULING CONFERENCE |

The court has received and reviewed the parties' joint scheduling report. (ECF No. 13.) Having considered the report, the scheduling conference set for September 1, 2026, is continued to October 7, 2026, at 11:30 AM in Courtroom 8 (FJS) before Magistrate Judge Frank. J Singer. The parties are instructed to file an updated scheduling report seven (7) days prior to the conference. The parties shall appear remotely by telephone. The parties will be provided with the telephonic conference information by the courtroom deputy prior to the conference. The conference number and password are confidential and not to be shared.

IT IS SO ORDERED.

Dated: **August 28, 2026**

UNITED STATES MAGISTRATE JUDGE